No. 99–449. OKUNIEFF v. SKOMOROSSKY ET AL. C. A. 2d Cir. Motion of National Association for Rights Protection and Advo-

cacy et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.